Matthew L. Sharp, Esq.
NV Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Sean K. Claggett, Esq. (NV Bar No. 008407)
Samuel A. Harding, Esq. (NV Bar No. 001877)
Shannon L. Wise (NV Bar No. 014509)
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 655-2346
sclaggett@claggettlaw.com
sharding@claggettlaw.com
swise@claggettlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANGHAMITRA BASU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br><br>　　　　Defendant. | CASE NO.: 2:20-cv-01432-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT [FIRST REQUEST]** |

　　　　Pursuant to LR IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, the parties, by and through their attorneys, stipulate and agree to extend the time in which to file respective oppositions to Plaintiff's Motion for Partial Summary Judgment (Doc. No. 49) and Defendant's Motion for Partial Summary Judgment (Doc. No. 54). Both motions were filed on February 17, 2022 and the respective oppositions are due on March 10, 2022. The parties stipulate and request an extension to file opposition to the respective motions for partial summary judgment to April 22, 2022.

　　　　This is the first stipulation and not being done for purposes of delay. It is based upon Plaintiff's counsel representation as follows:

1

1     Plaintiff's Counsel is set to begin a trial on March 14, 2022, and the trial is scheduled
2 through April 8, 2022.  The case is in the Eighth Judicial District Court, Clark County, Nevada,
3 *Eskew v. Sierra Health and Life*, A-19-788630-C, Department 4.  The presiding judge is Judge
4 Nadia Krall.

5     The parties herein stipulate and agree that this Court may enter an Order as follows:

6     1.    Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment
7 would be due on or before April 22, 2022;

8     2.    Plaintiff's Opposition to Motion for Partial Summary Judgment would be due on
9 or before April 22, 2022.

DATED this 7th day of March 2022.       DATED this 7th day of March 2022.

**MATTHEW L. SHARP, LTD.**      **WRIGHT, FINLAY & ZAK, LLP**

    */s/ Matthew L. Sharp*          */s/ Robert A. Riether*
Matthew L. Sharp, Esq.      Robert A. Riether, Esq.
Nevada Bar No. 4766      Nevada Bar No. 12076
432 Ridge St.      7785 W. Sahara Avenue, Suite 200
Reno, NV  89501      Las Vegas, NV  89117

*Attorneys for Plaintiff Sanghamitra Basu*      *Attorneys for Defendant Massachusetts Mutual Life Insurance Company*

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| DATED this 7th day of March 2022. | DATED this 7th day of March 2022. |
| **CLAGGETT & SYKES LAW FIRM** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| /s/ Sean K. Claggett | /s/ Kimberly A. Jones |
| Sean K. Claggett, Esq. | Kimberly A. Jones, Esq. |
| Nevada Bar No. 8407 | Admitted *pro hac vice* |
| Samuel A. Harding, Esq. | 191 N. Wacker Drive, Suite 3700 |
| Nevada Bar No. 1877 | Chicago, IL  60606 |
| Shannon L. Wise | Eric F. Au, Esq. |
| Nevada Bar No. 14509 | Admitted *pro hac vice* |
| 4101 Meadows Lane, Suite 100 | One Logan Square, Suite 2000 |
| Las Vegas, NV  89107 | Philadelphia, PA  19103 |
| *Attorneys for Plaintiff Sanghamitra Basu* | *Attorneys for Defendant Massachusetts Mutual Life Insurance Company* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 7, 2022

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
rriether@wrightlegal.net

FAEGRE DRINKER BIDDLE & REATH LLP
Eric F. Au, Esq.
One Logan Square, Suite 2000
Philadelphia, PA 19103
Kimberly Jones, Esq.
191 North Wacker Drive, Suite 3700
Chicago, IL 60606
Eric.au@faegredrinker
Kimberly.jones@faegredrinker.com

*Attorneys for Defendants*

DATED this 7th day of March 2022.

                              /s/ Suzy Thompson
                        An Employee of Matthew L. Sharp, Ltd.