WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV  89117
Tel.: (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net

FAEGRE DRINKER BIDDLE & REATH LLP
Kimberly A. Jones (pro hac vice)
Eric F. Au (pro hac vice)
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606
Tel.: (312) 569-1000; Fax: (312) 569-3000
Kimberly.Jones@faegredrinker.com
Eric.Au@faegredrinker.com

*Attorneys for Defendant Massachusetts Mutual Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANGHAMITRA BASU,<br><br>    Plaintiff,<br><br>  vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.:  2:20-cv-01432-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND MOTION REPLY/RESPONSE DEADLINES**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED between Defendant, Massachusetts Mutual Life Insurance Company ("MassMutual"), by and through its attorneys of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Plaintiff, Sanghamitra Basu ("Basu") (collectively the "Parties"), by and through its attorney of record, Matthew L. Sharp, Esq., of Matthew L. Sharp, LTD., hereby stipulate and agree as follows:

1. MassMutual filed it Motion for Partial Summary Judgment ("MPSJ") on February 17, 2022;
2. Basu filed its Opposition to MassMutual MPSJ on April 22, 2022;
3. The deadline for MassMutual to file its Reply in Support of its MPSJ ("Reply") is currently May 6, 2022;

4. MassMutual filed its Motion to Strike Plaintiff's Insurance Expert, Terry Van Noy ("Motion") on April 25, 2022;

5. The deadline for Basu to file its Response to MassMutual's Motion ("Response") is May 9, 2022;

6. The parties agree to extend the deadline for MassMutual to file its Reply until May 20, 2022;

7. The parties further agree to extend the deadline for Basu to file its Response until May 20, 2022;

8. This is the Parties first request for extensions and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

| Dated this 3rd day of May, 2022. | Dated this 3rd day of May, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | MATTHEW L. SHARP, LTD. |
| /s/ Robert A. Riether<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, NV  89117<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br><br>/s/ Kimberly A. Jones<br>Kimberly A. Jones, Esq. (*Admitted pro hac vice*)<br>191 N. Wacker Drive, Suite 3700<br>Chicago, IL  60606<br>Eric F. Au, Esq. (*Admitted pro hac vice*)<br>One Logan Square, Suite 2000<br>Philadelphia, PA  19103<br>*Attorneys for Defendant, Massachusetts Mutual Life Insurance Company* | /s/ Matthew L. Sharp<br>Matthew L. Sharp, Esq.<br>Nevada Bar No. 4746<br>432 Ridge Street<br>Reno, NV 89501<br>*Attorney for Plaintiff, Sanghamitra Basu* |

**ORDER**

IT IS SO ORDERED.

Dated tMay 4, 2022.

_____
UNITED STATES DISTRICT JUDGE