1    WRIGHT, FINLAY & ZAK, LLP
     Robert A. Riether, Esq.
2    Nevada Bar No. 12076
     7785 W. Sahara Avenue, Suite 200
3    Las Vegas, NV 89117
     Tel.: (702) 475-7967; Fax: (702) 946-1345
4    rriether@wrightlegal.net

5    FAEGRE DRINKER BIDDLE & REATH LLP
     Kimberly A. Jones (pro hac vice)
6    Eric F. Au (pro hac vice)
     191 N. Wacker Drive, Suite 3700
7    Chicago, IL 60606
     Tel.: (312) 569-1000; Fax: (312) 569-3000
8    Kimberly.Jones@faegredrinker.com
     Eric.Au@faegredrinker.com
9
     *Attorneys for Defendant Massachusetts Mutual Life Insurance Company*
10

11                **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
12

13
     SANGHAMITRA BASU,
14                                  Case No.: 2:20-cv-01432-JCM-BNW
           Plaintiff,
15
          vs.                         **STIPULATION AND ORDER TO**
16                                  **EXTEND MOTION REPLY DEADLINE**
     MASSACHUSETTS MUTUAL LIFE
17    INSURANCE COMPANY,               **[SECOND REQUEST]**

18            Defendant.

19
           IT IS HEREBY STIPULATED between Defendant, Massachusetts Mutual Life Insurance
20
   Company ("MassMutual"), by and through its attorneys of record, including Robert A. Riether,
21
   Esq. of the law firm Wright, Finlay & Zak, LLP; and Plaintiff, Sanghamitra Basu ("Basu")
22
   (collectively the "Parties"), by and through its attorney of record, including Matthew L. Sharp,
23
   Esq., of Matthew L. Sharp, LTD., hereby stipulate and agree as follows:
24
           1.   MassMutual filed its Motion for Partial Summary Judgment ("MPSJ") on February 17,
25
               2022;
26
           2.   Basu filed her Opposition to MassMutual MPSJ on April 22, 2022;
27
           3.   MassMutual filed its Motion to Strike Plaintiff's Insurance Expert, Terry Van Noy
28
               ("Motion") on April 25, 2022.

STIPULATION AND ORDER TO EXTEND                         CASE NO. 2:20-CV-01432-KJD-BNW

4. On May 4, 2022, this Court entered an order granting the parties' stipulation to, inter alia, extend MassMutual's deadline to file its reply in support of the MPSJ (the "Reply"), from May 6 to May 20, 2022 and Basu's deadline to file her opposition in support of the Motion. (*see* D.E. 65);

5. Since the Court entered its order of May 4, 2022, Eric Au, counsel for MassMutual, experienced an unexpected personal issue concerning the health of his father, which resulted in his father being admitted to hospice care;

6. Due to MassMutual's counsel's personal issue, the parties agree to extend the deadline for MassMutual to file the Reply until May 27, 2022 and Basu will have until May 27, 2022 to file the Opposition to the Motion;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER TO EXTEND                                    CASE NO. 2:20-CV-01432-KJD-BNW

7.  This is the parties' second request for an extension of MassMutual's deadline to file the Reply, and it is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated this 19th day of May, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV  89117


FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Kimberly A. Jones*
Kimberly A. Jones, Esq. (*Admitted pro hac vice*)
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606
Eric F. Au, Esq. (*Admitted pro hac vice*)
One Logan Square, Suite 2000
Philadelphia, PA  19103
*Attorneys for Defendant, Massachusetts Mutual Life Insurance Company*

Dated this 19th day of May, 2022.

MATTHEW L. SHARP, LTD.

*/s/ Matthew L. Sharp*
Matthew L. Sharp, Esq.
Nevada Bar No. 4746
432 Ridge Street
Reno, NV 89501
*Attorney for Plaintiff, Sanghamitra Basu*

**ORDER**

IT IS SO ORDERED.

Dated May 20, 2022

_____
UNITED STATES DISTRICT JUDGE

Page 3 of 3

STIPULATION AND ORDER TO EXTENDCASE NO. 2:20-CV-01432-KJD-BNW