UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sanghamitra Basu,<br><br>           Plaintiff,<br><br>      v.<br><br>Massachusetts Mutual Life Insurance Company,<br><br>           Defendant. | Case No. 2:20-cv-01432-JCM-BNW<br><br>**ORDER re ECF No. 79** |

On July 6, 2022, the Court denied Plaintiff's Motion to Seal at ECF No. 62. In its Order, the Court provided Defendant a deadline of July 18, 2022 to provide justification for the sealing of Exhibits 2 and 33 in connection to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment at ECF No. 60.

Similarly, on that same day, the Court denied Defendant's Motion to Seal at ECF No. 51. Once again, the Court provided Defendant a deadline of July 18, 2022 to provide justification for the sealing of Exhibit 4 in connection to Defendant's Motion for Partial Summary Judgment at ECF No. 54.

Since then, Defendant has filed a new motion in compliance with the Court's Orders. ECF No. 79.

The Court adopts the same legal framework in its Order at ECF No. 78. It finds there are compelling reasons to seal Exhibit 2 to ECF No. 60 and Exhibit 4 to ECF No. 54. As explained by Defendant, these exhibits contain trade secret information that, if disclosed, would substantially harm its Disability Claim Department and disability insurance business. ECF No. 79 at 4–6.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Seal at ECF No. 79 is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to maintain ECF No. 62 under seal (as it contains Exhibit 2 to ECF No. 60) and to maintain ECF No. 53 under seal (as it contains Exhibit 4 to ECF No. 54).

**IT IS FURTHER ORDERED** that because Defendant has not provided any justification to maintain Exhibit 33 to ECF No. 60 under seal, it must file it on the public record and link it to ECF No. 60 within 10 days of this Order.

DATED: August 11, 2022.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE