1    WRIGHT, FINLAY & ZAK, LLP
     Robert A. Riether, Esq.
2    Nevada Bar No. 12076
     7785 W. Sahara Avenue, Suite 200
3    Las Vegas, NV  89117
     Tel.:  (702) 475-7967; Fax: (702) 946-1345
4    rriether@wrightlegal.net

5    FAEGRE DRINKER BIDDLE & REATH LLP
     Kimberly A. Jones (pro hac vice)
6    Eric F. Au (pro hac vice)
     320 S. Canal St., Suite 3300
7    Chicago, IL  60606
     Tel.: (312) 569-1000; Fax: (312) 569-3000
8    Kimberly.Jones@faegredrinker.com
     Eric.Au@faegredrinker.com
9
10   *Attorneys for Defendant Massachusetts Mutual Life Insurance Company*

         **UNITED STATES DISTRICT COURT**
11            **DISTRICT OF NEVADA**

12   SANGHAMITRA BASU,                      Case No.:  2:20-cv-01432-JCM-BNW

13              Plaintiff,                  **JOINT MOTION FOR EXTENSION OF**
                                            **TIME TO FILE JOINT PRETRIAL**
14        vs.                               **ORDER**

15   MASSACHUSETTS MUTUAL LIFE              **[SECOND REQUEST FOR**
     INSURANCE COMPANY,                     **EXTENSION BY MOTION, SIXTH**
16                                          **EXTENSION REQUEST OVERALL]**
              Defendant.
17

18        Pursuant to LR IA 6-1 and LR 26-1(b)(5), Defendant Massachusetts Mutual Life Insurance

19   Company ("MassMutual") and Plaintiff Sanghamitra Basu, by and through their counsel of record,

20   hereby move this Court for an extension until March 16, 2023 to file its Proposed Joint Pretrial

21   Order.  The parties previously filed four stipulations and one motion to extend the time to complete

22   discovery, which included extension of the pretrial order deadline.  Docket Entry ("D.E.") 22; D.E.

23   24, D.E. 30; D.E. 32; D.E. 44.

24        **(a) Status of Dispositive Motions and Pretrial Order**

25        By this Court's order dated December 21, 2021, and pursuant to LR 26-1(b)(5), dispositive

26   motions were due February 17, 2022 and the parties' joint pretrial order was due March 19, 2022,

27   or thirty days after the final dispositive motion has been ruled on.  D.E. 40; D.E. 47; LR 26-1(b)(5).

28                                    Page 1 of 4

1   Defendant filed a motion for partial summary judgment on February 17, 2022 and a motion to strike

2   Plaintiff's expert on April 25, 2022.  D.E. 54; D.E. 63.  Both motions were fully briefed as of June

3   7, 2022.  D.E. 71; D.E. 77.  This Court issued an order granting Defendant's motion for partial

4   summary judgment and motion to strike on September 15, 2022.  D.E. 82; D.E. 83.  Plaintiff filed

5   motions for reconsideration of the Court's order, and this Court denied both motions for

6   reconsideration on February 3, 2023.  D.E. 90.  Accordingly, MassMutual and Plaintiff must submit

7   the Joint Pretrial Order by March 6, 2023, thirty days after this Court issued an order denying

8   Plaintiff's Motion for Reconsideration.  D.E. 40; D.E. 47; D.E. 90; LR 26-1(b)(5).

9       **(b) Reasons the Pretrial Order Deadline will not be Satisfied**

10      MassMutual respectfully submits that good cause exists for an extension until March 16,

11  2023 to submit the Joint Pretrial Order.  Since this Court issued its order on Plaintiff's Motion for

12  Reconsideration, counsel for MassMutual has had to travel to take and defend numerous

13  depositions, prepare for oral argument on a dispositive motion, prepare for other non-dispositive

14  motion hearings, prepare several briefs in support of dispositive motions due in other matters, and

15  travel out of state for speaking engagements.  Consequently, MassMutual requests a short extension

16  of ten (10) days to submit the Joint Pre-trial Order, from March 6, 2023 to March 16, 2023.  Counsel

17  for Plaintiff has consented to this request.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT
PRETRIAL ORDER

CASE NO. 2:20-CV-01432-JCM-BNW

**(c) Proposed Schedule for Completing Pretrial Order**

MassMutual proposes the following schedule:

1.   Extend the Joint Pretrial Order Deadline from March 6, 2023 to March 16, 2023.

DATED this 28th day of February, 2023.

         **WRIGHT, FINLAY & ZAK, LLP**

         */s/ Robert A. Riether*
         Robert A. Riether, Esq.
         Nevada Bar No. 12076
         7785 W. Sahara Avenue, Suite 200
         Las Vegas, NV  89117

         **FAEGRE DRINKER BIDDLE & REATH LLP**

         */s/ Kimberly A. Jones*
         Kimberly A. Jones, Esq.
         Admitted pro hac vice
         320 S. Canal St., Suite 3300
         Chicago, IL  60606
         Eric F. Au, Esq.
         Admitted pro hac vice
         One Logan Square, Suite 2000
         Philadelphia, PA  19103

         *Attorneys for Defendant, Massachusetts Mutual*
         *Life Insurance Company*

         **ORDER**

        **IT IS SO ORDERED**

        **DATED:** 12:55 pm, March 01, 2023

        **BRENDA WEKSLER**
        **UNITED STATES MAGISTRATE JUDGE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **JOINT MOTION FOR EXTENSION TO FILE JOINT PRETRIAL REPORT** was made on the 28th day of February, 2023, to all parties and counsel identified on the CM/ECF System via Electronic Notification.

*/s/ Tonya Sessions*
An Employee of WRIGHT, FINLAY & ZAK, LLP

JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT
PRETRIAL ORDER

CASE NO. 2:20-CV-01432-JCM-BNW