**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANGHAMITRA BASU, | Case No.: 2:20-cv-01432-JCM-BNW |
| Plaintiff, | |
| vs. | **ORDER CONTINUING TRIAL** |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to LR IA 6-1, and with good cause appearing, the parties' joint motion to continue trial is hereby granted.

1. Trial in this matter shall be continued from January 22, 2024 to **March 11, 2024 at 9:00 a.m.**

2. Calendar call shall be continued from January 17, 2024 to **March 6, 2024, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: March 31, 2023

_____
Hon. James C. Mahan
United States Judge