Matthew L. Sharp, Esq.
NV Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Sean K. Claggett, Esq. (NV Bar No. 008407)
Samuel A. Harding, Esq. (NV Bar No. 001877)
Shannon L. Wise (NV Bar No. 014509)
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
(702) 655-2346
sclaggett@claggettlaw.com
sharding@claggettlaw.com
swise@claggettlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANGHAMITRA BASU,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br><br>Defendant. | CASE NO.: 2:20-cv-01432-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, SANGHAMITRA BASU, by and through her undersigned counsel of record, and Defendant, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, by and through its undersigned counsel of record,

///

///

///

///

///

1

1  that, due to a settlement between the parties, all claims between the parties in the matter be
2  dismissed with prejudice; each party to bear their own costs and attorney fees.

3  Dated this 27th day of December 2023.  Dated this 27th day of December 2023.

4  MATTHEW L. SHARP, LTD.  WRIGHT, FINLAY & ZAK, LLP

5  ____/s/ Matthew L. Sharp_____  ____/s/ Robert A. Riether_____
Matthew L. Sharp  Robert A. Riether (NV Bar No. 12076)
6  Nevada State Bar No. 4746  rriether@wrightlegal.net
7  432 Ridge Street  7785 W. Sahara Ave., Ste. 200
Reno, NV 89501  Las Vegas, NV 89117
8
Sean K. Claggett, Esq. (NV Bar No. 008407)  Eric F. Au (*pro hac vice*)
9  Samuel A. Harding, Esq. (NV Bar No. 001877)  eric.au@faegredrinker.com
Shannon L. Wise (NV Bar No. 014509)  Kimberly Jones (*pro hac vice*)
10  CLAGGETT & SYKES LAW FIRM  kimberly.jones@faegredrinker.com
4101 Meadows Lane, Suite 100  191 N. Wacker Dr., Ste. 3700
11  Las Vegas, NV 89107  Chicago, IL 60606

12  *Attorneys for Plaintiff Sanghamitra Basu*  *Attorneys for Defendant Massachusetts*
13                                                                           *Mutual Life Insurance Company*

14
15                                      **ORDER**

16       **IT IS SO ORDERED.**

17              DATED December 28, 2023.

18
19                                    _____
                                      UNITED STATES DISTRICT JUDGE
20

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on December 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Robert Riether @ rriether@wrightlegal.net
Eric F. Au @ eric.au@faegredrinker.com
Kimberly Jones @ kimberly.jones@faegredrinker.com
*Attorneys for Defendant*

DATED this 27th day of December 2023.

      /s/ Suzy Thompson
An Employee of Matthew L. Sharp, Ltd.